UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07CR 0847**

In the Matter of the  )
Arrest of:           )   No. 07 M
                     )
ADAM WIKTORCZYK      )   Honorable Sydney I. Schenkier
                     )
                     )

ORDER

IT IS HEREBY ORDERED that the arrest warrant and complaint in this matter are ordered sealed as of today's date, December 17, 2007, and shall continue to be sealed until April 30, 2008, or further order of the Court, whichever is earlier.

Sydney I. Schenkier
U.S. Magistrate Judge