# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 847 - 1 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Adam Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant released on $100,000.00 secured bond. Status hearing set for 1/8/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|