Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 847 - 1 | **DATE** | 1/8/2008 |
| **CASE TITLE** | United States of America vs. Adam Wiktorczyk | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. The defendant waives preliminary examination. The Court enters a finding of probable cause. The Court holds the defendant bound to answer charges in the district court. The Court modifies the conditions of release to allow the defendant to travel to Wisconsin and Indiana for purposes of work.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|