## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 847 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | United States of America vs. Adam Wiktorczyk | | |

**DOCKET ENTRY TEXT**

The Court orders that the complaint and affidavit be unsealed.

Docketing to mail notices.

FILED
2008 AUG 33 PM 3: 43
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | mm |
|---|---|---|