UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 CR 847 |
| ADAM WIKTORCZYK | ) | Honorable Sydney I. Schenkier |

**GOVERNMENT'S MOTION TO EXONERATE BOND**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to exonerate the bond entered in this case against defendant ADAM WIKTORCZYK, and in support thereof submits the following:

Pursuant to a Pretrial Release Oder entered in the above-captioned case on December 21, 2007, defendant ADAM WIKTORCZYK was released on a $100,000 cash bond posted by his nephew, Piotr Wiktorczyk. As the criminal complaint against the defendant has been dismissed, the security for the bond is no longer required, and the government submits this motion to exonerate the bond and further order that the currency currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to Piotr Wiktorczyk, Chicago, Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/William R. Hogan, Jr.
WILLIAM R. HOGAN, JR.
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-4185