## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 847 - 1 | **DATE** | 9/5/2008 |
| **CASE TITLE** | United States of America vs. Adam Wiktorczyk | | |

**DOCKET ENTRY TEXT**

The government's motion to exonerate bond (doc. # 16) is granted. Enter order to exonerate bond. The Government's motion to dismiss complaint without prejudice (doc. # 15) is granted. Enter order dismissing the criminal complaint.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

Courtroom Deputy Initials: mm