UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 07 CR 847 |
| ADAM WIKTORCZYK ) | Honorable Sydney I. Schenkier |

**ORDER EXONERATING BOND**

This matter coming before the Court on the government's agreed motion and the Court being fully advised finds as follows:

Pursuant to a Pretrial Release Oder entered in the above-captioned case on December 21, 2007, Piotr Wiktorczyk posted $100,000 in cash to secure defendant ADAM WIKTORCZYK's release on bond. As the criminal complaint against the defendant has been dismissed, the security for the bond is no longer required. Therefore, the government submitted a motion to exonerate the bond. In addition, the government requested that this Court order the release of the $100,000 currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, and that it be returned to the property owners.

Accordingly, it is hereby ORDERED, DIRECTION, and ADJUDGED:

1. That, as security for the bond for defendant ADAM WIKTORCZYK is no longer required, the Court thus orders the bond exonerated. It is further ordered,

2. That the $100,000 in cash to secure defendant ADAM WIKTORCZYK's release on bond shall be returned to Piotr Wiktorczyk, Chicago, Illinois.

Sydney I. Schenkier
United States Magistrate Judge

Dated: 09-04-08